UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| HILLARY LUKE HAPEL<br><br>PLAINTIFF,<br><br>v.<br><br>PULL-A-PART OF LOUISVILLE, LLC,<br><br>DEFENDANT. | CIVIL ACTION NO. 3:22-CV-519-DJH<br><br>Removed from Jefferson Circuit Court<br>Case No. 22-CI-004113 |

**NOTICE OF REMOVAL**

Pursuant to 28 USC §§ 1332, 1441, and 1446, the defendant, Pull-A-Part of Louisville, LLC, by counsel, files its Notice of Removal of this case from the Jefferson Circuit Court of the Commonwealth of Kentucky (Civil Action No. 22-CI-004113), to the United States District Court for the Western District of Kentucky.  In support of its Notice, and pursuant to 28 USC § 1446, Pull-A-Part of Louisville, LLC states as follows:

1. On August 9, 2022, the plaintiff, Hillary Luke Hapel, filed a complaint in Jefferson Circuit Court, bearing Civil Action No. 22-CI-004113, against Pull-A-Part of Louisville, LLC.

2. Pull-A-Part of Louisville, LLC was served with a Summons and Complaint on August 15, 2022.  In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Pull-A-Part of Louisville, LLC are attached to this Notice of Removal as **Exhibit A.**

3. On September 6, 2022, Pull-A-Part of Louisville, LLC served an answer to the plaintiff's complaint in Jefferson Circuit Court along with requests for admission on the plaintiff.

4. On September 22, 2022, plaintiff, Hillary Luke Hapel, responded to those requests, admitting that he was domiciled in the Commonwealth of Kentucky, and that the damages he is seeking in connection with his August 9, 2022 complaint was in excess of $75,000. *See* Plaintiff's Answer to Defendant Pull-A-Part of Louisville, First Request for Admission, attached as **Exhibit B**.

5. Pull-A-Part of Louisville is a limited liability corporation with its principal place of business in Atlanta, Georgia. Pull-A-Part of Louisville has three members, all of whom are individuals domiciled in the state of Georgia, and none of whom are citizens of the Commonwealth of Kentucky. For federal court jurisdiction and diversity of citizenship purposes, Pull-A-Part of Louisville, LLC is not a citizen of Kentucky. Accordingly, Pull-A-Part of Louisville, LLC is a citizen of the state of Georgia for purposes of determining whether there is complete diversity of citizenship. *Delay v. Rosenthal Collins Group, LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009) ("The general rule is that all unincorporated entities—of which a limited liability company is one—have the citizenship of each partner or member.").

6. This action is between citizens of different states, and as a result, complete diversity of citizenship exists.

7. Complete diversity of citizenship exists, and the amount in controversy exceeds $75,000. As a result, removal to this Court pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1332 is appropriate.

8. Pursuant to 28 U.S.C. § 1441(a), removal to this Court is proper, because it has original jurisdiction under the provisions of 28 U.S.C. § 1332, and it is the district and division embracing the place where the state court action is pending.

9. This Notice of Removal is timely because it was filed within 30 days of the date of service of the plaintiff's responses to defendant's requests for admission on the defendant, in which he admits that he is domiciled in the Commonwealth of Kentucky and is seeking damages in excess of $75,000.

10. Pursuant to 28 USC § 1446(d), the defendant is contemporaneously serving a copy of this Notice upon all adverse parties and the Clerk of the Jefferson County Circuit Court, with instructions to proceed no further unless and until this case is remanded.

WHEREFORE, Pull-A-Part of Louisville, LLC hereby removes this case to federal court.

/s/ Neil E.Barton
Ian T. Ramsey
iramsey@stites.com
Neil Barton
nbarton@stites.com

**STITES & HARBISON PLLC**
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3

*Counsel for Pull-A-Part of Louisville, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was on this 29th day of September, 2022, served via United States First Class mail and/or electronic mail upon the following counsel of record:

    Grover S. Cox
    COX & COX LAW OFFICE, PLLC
    635 West Main Street, Suite 300 B
    Louisville, KY 40202
    (502) 410-0404

    *Counsel for Plaintiff, Hillary Luke Hapel*

    */s/ Neil E. Barton*
    Neil E. Barton

1530227:2