# Exhibit A

NO._____                                                JEFFERSON CIRCUIT COURT
                                                              DIVISION _____
                                                              JUDGE _____

**HILLARY LUKE HAPEL**                                                                **PLAINTIFF**

v.                                                **COMPLAINT**

**PULL-A-PART OF LOUISVILLE, LLC**                                                   **DEFENDANT**
SERVE:  CT CORPORATION SYSTEM
        306 WEST MAIN STREET, SUITE 512
        FRANKFORT, KY 40601

***************************

Comes now the Plaintiff, Hillary Luke Hapel, by counsel and for his complaint herein state as follows:

1. That all events alleged herein take place in Louisville, Jefferson County, Kentucky.

2. That the Defendant, Pull-A-Part of Louisville, LLC, maintains a business at the location of 6825 Recovery Road, Louisville, KY 40214, which is open to the public.

3. That on June 10, 2022, the Plaintiff, Hillary Luke Hapel, was an invited visitor to the Pull-A-Part location on the date of his fall.

4. That the Defendant, Pull-A-Part, their agents and or employees were negligent in maintaining the safety of the premises at the above location.

5. That the Defendant, Pull-A-Part, their agents and employees, were otherwise negligent.

| | | |
|---|---|---|
| AOC-E-105     Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice     *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>09/29/2022 02:56:41 PM<br>90450.115<br>Case #: **22-CI-004113**<br>Court:  **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **HAPEL, HILLARY LUKE VS. PULL-A PART OF LOUISVILLE, LLC**, *Defendant*

TO: **PULL-A PART OF LOUISVILLE, LLC**
   **6825 RECOVERY ROAD**
   **LOUISVILLE, KY 40214**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*
Jefferson Circuit Clerk
Date: **8/9/2022**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 ____        _____
                                                                   Served By

                                                                   _____
                                                                   Title

Summons ID: @00001009075
CIRCUIT: 22-CI-004113 Certified Mail
HAPEL, HILLARY LUKE VS. PULL-A PART OF LOUISVILLE, LLC

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

CI : 000001 of 000001

eFiled



Page 1 of 1

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>09/29/2022 04:57:05 PM<br>90450.115<br>Case #: **22-CI-004113**<br>Court:  **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **HAPEL, HILLARY LUKE VS. PULL-A PART OF LOUISVILLE, LLC**, *Defendant*

TO: **CT CORPORATION SYSTEM**
    **306 W. MAIN STREET, STE. 512**
    **FRANKFORT, KY 40601**

Memo: Related party is PULL-A PART OF LOUISVILLE, LLC

The Commonwealth of Kentucky to Defendant:
**PULL-A PART OF LOUISVILLE, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David L. Nicholson
Jefferson Circuit Clerk
Date: **8/9/2022**

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

Date: _____, 20 _____                  _____
                                                 Served By
                                                 _____
                                                 Title

Summons ID: @00001009076
CIRCUIT: 22-CI-004113 Certified Mail
HAPEL, HILLARY LUKE VS. PULL-A PART OF LOUISVILLE, LLC



Page 1 of 1

eFiled

CI : 000001 of 000001

Filed                22-CI-004113        08/16/2022         David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
09/29/2022 01:57:21 PM
90450-115

**UNITED STATES POSTAL SERVICE**

Date Produced: 08/15/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8385 7435 69. Our records indicate that this item was delivered on 08/11/2022 at 02:46 p.m. in LOUISVILLE, KY 40214. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:    C3606931.21341079

Filed                22-CI-004113        08/16/2022         David L. Nicholson, Jefferson Circuit Clerk

AOS : 000001 of 000001

Filed                22-CI-004113      08/09/2022         David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/26/2022 02:02:30 PM
90450-115

6. That as a direct and proximate result of the aforesaid negligence of Defendant, the Plaintiff has suffered the following damages:

   a. Injury to his body and person requiring medical, hospital, and related medical services in excess of this court's jurisdictional requirement;

   b. The undergoing of past and future pain and suffering, both mental and physical, in a substantial sum;

   c. The likelihood for the need for future medical, hospital, and related medical services in a substantial sum; and

   d. Inability to labor and earn money in the future in a substantial sum.

**WHEREFORE**, Plaintiff, Hillary Luke Hapel, prays for judgment against the Defendant, as follows:

1. For a trial by jury on all issues so triable.

2. For a full and fair recovery to compensate him for the following damages:

   a. Injury to his body and person requiring medical, hospital, and related medical services in excess of this court's jurisdictional requirement;

   b. The undergoing of past and future pain and suffering, both mental and physical, in a substantial sum;

   c. The likelihood for the need for future medical, hospital, and related medical services in a substantial sum; and

   d. Inability to labor and earn money in the future in a substantial sum.

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

COM : 000002 of 000004

Filed                22-CI-004113      08/09/2022         David L. Nicholson, Jefferson Circuit Clerk

Filed    22-CI-004113    08/09/2022    David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/26/2022 02:02:30 PM
90450-115

3. For any and all other relief to which he may be deemed entitled, including court costs.

Respectfully submitted,

s/Grover S. Cox
Grover S. Cox
Cox & Cox Law Office, PLLC
635 W. Main St., Suite 300B
Louisville, Kentucky 40202
Phone: 502-410-0404
Fax: 502-410-1174
gsimpsonc@aol.com
*Counsel for Plaintiff,*
*Hillary Luke Hapel*



Filed            22-CI-004113      08/16/2022          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
09/29/2022 01:57:45 PM
90450-115

Date Produced: 08/15/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8385 7435 90. Our records indicate that this item was delivered on 08/12/2022 at 08:25 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:       C3606931.21341080

AOS : 000001 of 000001

Filed            22-CI-004113      08/16/2022          David L. Nicholson, Jefferson Circuit Clerk

Filed          22-CI-004113     08/09/2022        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/26/2022 02:02:30 PM
90450-115

NO._____                              JEFFERSON CIRCUIT COURT
                                                                      DIVISION _____
                                                                       JUDGE _____

## CIVIL SUMMONS

_____

**HILLARY LUKE HAPEL**                                                                **PLAINTIFF**

v.

**PULL-A-PART OF LOUISVILLE, LLC**                                         **DEFENDANT**
SERVE:   CT CORPORATION SYSTEM
             306 WEST MAIN STREET, SUITE 512
             FRANKFORT, KY 40601


**THE COMMONWEALTH OF KENTUCKY**

**TO THE ABOVE-NAMED DEFENDANT:**

      You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with this summons. Unless a written defense is made by you or by an attorney in you behalf within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.
      The name and addressee of the party demanding such relief against you or his attorney are shown on the document delivered to you with this summons.

Date: _____Clerk:_____

                                          By:_____ D.C.

## PROOF OF SERVICE

This summons was served by delivering a true copy and the complaint (or other initiating document)
To:_____

This _____ day of _____, 2022.


                                       Served By: _____

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

COM : 000004 of 000004

Filed          22-CI-004113     08/09/2022        David L. Nicholson, Jefferson Circuit Clerk

No. 22-CI-004113                      JEFFERSON CIRCUIT COURT
                                                                                                           DIVISION _____
                                                                                                                      JUDGE _____

HILLARY LUKE HAPEL                                                                           PLAINTIFF

v.           **ANSWER TO COMPLAINT OF PULL-A-PART LOUISVILLE, LLC**

PULL-A-PART OF LOUISVILLE, LLC                                        DEFENDANT

_____

Defendant, Pull-A-Part of Louisville, LLC, by counsel, for its Answer to Plaintiff's Complaint, states as follows:

1. Pull-A-Part lacks information to form a belief as to the truth of the allegations in paragraph 1, and on that basis, denies those allegations.

2. Pull-A-Part admits that it maintains a business at 6825 Recovery Road, Louisville, KY 40214. Pull-A-Part further admits that, during certain of its hours of operation, it maintains certain spaces that are open to the public. To the extent the remaining allegation in paragraph 2 are deemed in addition to or inconsistent with the above admissions, Pull-A-Part denies those allegations.

3. Pull-A-Part lacks information to form a belief as to the truth of the allegations in paragraph 3, and on that basis, denies those allegations.

4. Pull-A-Part denies the allegations in paragraph 4.

5. Pull-A-Part denies the allegations in paragraph 5.

6. Pull-A-Part denies the allegations in paragraph 6, including subparts a–d.

7. Pull-A-Part denies plaintiff is entitled to judgment against it as set forth in the unnumbered paragraph beginning with the word WHEREFORE.

8. Pull-A-Part denies the plaintiff is entitled to the relief or damages as set forth in the numbered paragraphs, including subparts, following the unnumbered paragraph beginning with the word WHEREFORE.

9. Pull-A-Part denies any allegation set forth in the complaint not expressly admitted herein.

### FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims may be barred, in whole or in part, by the doctrine of comparative fault or contributory negligence

### THIRD AFFIRMATIVE DEFENSE

Plaintiff previously waived and released all of his claims against Pull-A-Part of Louisville, LLC.

### FOURTH AFFIRMATIVE DEFENSE

Subject to what discovery reveals, the damages and claims asserted by plaintiff may have been caused, in whole or in part, by the acts or omissions of third parties over whom Pull-A-Part has no control and for whom Pull-A-Part cannot be held liable. Such acts or omissions may be a substantial contributing factor to plaintiff's claims against Pull-A-Part, and Pull-A-Part may be entitled to indemnity, contribution, offset, and apportionment as a result of such acts or omissions.

### FIFTH AFFIRMATIVE DEFENSE

Subject to what discovery reveals, any injuries and damages complained of by the plaintiff may have been caused, in whole or in part, by independent, intervening, or superseding

acts of other individuals or entities over whom Pull-A-Part has no control or for whom Pull-A-Part has no legal responsibility.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff had a duty to mitigate his damages, and to the extend he failed to do so, he may not recover such damages which may have been avoided or otherwise lessened.

### SEVENTH AFFIRMATIVE DEFENSE

The alleged dangerous condition may have been open and obvious and, therefore, plaintiff knew or should have known of its existence.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff was aware and voluntarily assumed the risk of any alleged dangerous condition that plaintiff claims was a substantial factor in causing him to suffer his alleged injuries.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims may be barred, in whole or in part, by the waiver, estoppel, accord and satisfaction, and setoff.

### TENTH AFFIRMATIVE DEFENSE

Pull-A-Part incorporates by reference as if fully set forth herein, any and all defenses which are or may become available to it pursuant to the provisions of the Restatement (Second) of Torts and Restatement (Third) of Torts and all comments thereto.

### ELEVENTH AFFIRMATIVE DEFENSE

Pull-A-Part reserves the right to amend its answer to add any other defenses, whether affirmative or otherwise, including appropriate counterclaims or third-party claims about which it presently lacks sufficient information, but which may become available during the pendency of this action.

- 3 -

        */s/ Neil E. Barton*
        Ian T. Ramsey
        iramsey@stites.com
        Neil Barton
        nbarton@stites.com

        **STITES & HARBISON PLLC**
        400 West Market Street
        Suite 1800
        Louisville, KY  40202-3352
        Telephone:  (502) 587-3400

        Counsel for Defendant, Pull-A-Part of
        Louisville, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of September, 2022, a true and accurate copy of the foregoing was served via the court's electronic filing system and by email on:

Grover S. Cox
Cox & Cox Law Office
635 W. Main St., Suite 300B
Louisville, KY 40202
Tel: 502-410-0404
Fax: 502-410-1174
gsimpson@aol.com
*Counsel for Plaintiff, Hillary Luke Hapel*

        */s/ Neil E. Barton*
        Neil E. Barton

| | |
|---|---|
| No. 22-CI-004113 | JEFFERSON CIRCUIT COURT |
| | DIVISION _____ |
| | JUDGE _____ |

HILLARY LUKE HAPEL     PLAINTIFF

v.     **NOTICE OF SERVICE OF REQUESTS FOR ADMISSION**

PULL-A-PART OF LOUISVILLE, LLC     DEFENDANT

PLEASE TAKE NOTICE that, on September 6, 2022, Defendants, Pull-A-Part of Louisville, LLC, hereby served Requests for Admission pursuant to CR36 upon Plaintiff, Hillary Luke Hapel.

 

*/s/ Neil E. Barton*
Ian T. Ramsey
iramsey@stites.com
Neil Barton
nbarton@stites.com

**STITES & HARBISON PLLC**
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3400

*Counsel for Defendant, Pull-A-Part of Louisville, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of September, 2022, a true and accurate copy of the foregoing was served via the court's electronic filing system and by email on:

Grover S. Cox
Cox & Cox Law Office
635 W. Main St., Suite 300B
Louisville, KY 40202
Tel: 502-410-0404
Fax: 502-410-1174
gsimpson@aol.com
*Counsel for Plaintiff, Hillarry Luke Hapel*

                                    */s/ Neil E. Barton*
                                    Neil E. Barton

No. 22-CI-004113                                    JEFFERSON CIRCUIT COURT
                                                    DIVISION _____
                                                    JUDGE _____

**HILLARY LUKE HAPEL**                                              **PLAINTIFF**

v.

**PULL-A-PART OF LOUISVILLE, LLC**                                  **DEFENDANT**

---

### PLAINTIFF'S ANSWER TO DEFENDANT PULL-A-PART OF LOUISVILLE, FIRST REQUEST FOR ADMISSION

---

Comes now the Plaintiff, Hillary Luke Hapel, by counsel, and for his response to the Defendant's Requests for Admissions propounded herein, states as follows:

### REQUEST FOR ADMISSION

REQUEST NO. 1:   Admit that you are currently Domiciled in Kentucky.

**RESPONSE:   Admit.**

REQUEST NO. 2:   Admit that the total amount of damages you are seeking for compensation in this lawsuit due to the injuries you allegedly sustained, including lost income, past and future medical expenses, and pain and suffering exceeds the sum of $75,000.

**RESPONSE:   Admit.**

1

## **VERIFICATION**

I, Hillary Luke Hapel, hereby verify that the above answers are true and accurate to the best of my knowledge and belief.

_____
Hillary Luke Hapel

STATE OF KENTUCKY          } 
                           } SS:
COUNTY OF JEFFERSON        }

SUBSCRIBED and SWORN to before me, by Hillary Luke Hapel on this the 19 day of setember 2022.

_____
Notary Public - State-at-Large, Kentucky

My Commission Expires: 01/17/2025

Respectfully submitted,

_____
Grover S. Cox
Cox & Cox Law Office, PLLC
635 West Main Street, Suite 300 B
Louisville, KY 40202
(502) 410-0404
*Counsel for Plaintiff, Hillary Luke Hapel*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2022, a copy of the foregoing pleading was served, either personally or by First-Class U.S. Mail, postage prepaid to:

Neil E. Barton
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Phone: (502) 587-3400
*Counsel for Defendant,*
*Pull-A-Part of Louisville, LLC*

Grover S. Cox